1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8    MELVIN DUMMAR,                           2:07-CV-459 JCM (PAL)

9              Plaintiff,
                                             Date:        N/A
10   v.                                       Time:        N/A

11
     WILLIAM FRANK LUMMIS and
12   FRANK WILLIAM GAY,

13             Defendants.

14

15                                  **ORDER**

16        Presently before the court is plaintiff's objection to the magistrate judge's order of December

17   7, 2007 (Doc. # 50) under Federal Rule of Civil Procedure 72 (Doc. # 51). Defendants filed an

18   opposition on January 2, 2008 (Doc. # 52).

19        The instant objection challenges the magistrate judge's order (Doc. # 50) denying plaintiff's

20   claim that Gay II cannot be accepted as the representative of Gay I's estate until defendants submit

21   proof of personal representative status. The magistrate judge denied this motion as an issue already

22   addressed in its report of findings and recommendation (Doc. # 42), and therefore untimely, futile,

23   and a waste of judicial resources. Additionally, the magistrate judge found plaintiff's failure to

24   support his motion with accompanying points and authorities in violation of Local Rule 7-2(d).

25        Although plaintiff does not caption it as such, the instant objection seeks to reconsider an

26   issue this court has also already addressed. Because this court affirmed the magistrate judge's report

27   and recommendation on December 26, 2007 (Doc. # 53), the instant objection seeks to indirectly

28

**James C. Mahan**
**U.S. District Judge**

1   challenge that determination. "Reconsideration is appropriate if the district court (1) is presented

2   with newly discovered evidence, (2) committed clear error or the initial decision was manifestly

3   unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. 1J v. ACandS,* 5 F.3d

4   1255, 1263 (9th Cir. 1993) (citation omitted).

5           Plaintiff fails to establish that any of the three grounds for reconsideration exist in the instant

6   case. In fact, plaintiff fails to cite any relevant authority or make any substantive arguments in

7   support of his objection. Plaintiff also fails to properly request a motion for reconsideration, instead

8   presenting new arguments that the court could have resolved in accordance with the earlier motion.

9   The court has already concluded that the original motion for substitution was time-barred under

10  Federal Rule of Civil Procedure 25(a)(1). Any objection seeking to readdress that issue is similarly

11  futile and a waste of judicial resources, as the magistrate judge correctly concluded in her order (Doc.

12  # 50).

13          The defendants present no adequate reason to review, and the court finds no reason to

14  reconsider its previous order (Doc. # 53) affirming the magistrate judge's report and

15  recommendation in its entirety (Doc. # 42). Therefore, the court concurs with the findings of the

16  magistrate judge in her December 5, 2007, order (Doc. # 50) and finds no reason to grant the

17  plaintiff's instant motion.

18          UPON CONSIDERATION of plaintiff's motion (Doc. # 51), and the papers and pleadings

19  on file in this matter,

20          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for

21  review of magistrate order of December 7, 2007, under Federal Rule of Civil Procedure 72 be, and

22  the same hereby is, DENIED.

23          DATED this 16th day of July, 2008.

24

25                                          _____
                                            UNITED STATES DISTRICT JUDGE
26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -